## *Recorder's Court, Detroit.*

### *Matter of Opening Willis Avenue.*

The opening of a street from Woodward Avenue to the west line of the Brush farm, or to Recreation Park, is not a public necessity, the proposed highway being a mere *cul-de-sac*.

In the matter of the extension of Willis avenue from the east line of Woodward avenue to the west line of part of the Brush farm now leased to the Recreation Park Association, the resolution of the Common Council claimed that public necessity required that a steet be laid out from Woodward avenue easterly through two five-acre lots fronting Woodward avenue to the said line of the Brush farm.

---

On behalf of Amos Chaffee, through whose land the proposed highway was to go, it was urged that the land sought to be taken did not constitute a public highway or thoroughfare, as it terminated at the line of the Brush farm, thus forming a mere *cul-de-sac* or private way.

The Court, SWIFT, J., sustained the objection, and dismissed the proceeding.

(May, 1880.)

*F. G. Russell* for the City.

*Wm. Jennison* for Amos Chaffee.

*Wm. Aikman* and others, representing other property owners, also opposed the proceeding.